*JACQUELINE M. JAMES, ESQ.*

| | |
|---|---|
| The James Law Firm | T: (914) 358 6423 |
| 445 Hamilton Avenue | F: (914) 358 6424 |
| Suite 1102 | jjameslaw@optonline.net |
| White Plains, NY 10601 | jacquelinejameslaw.com |

February 26, 2018

The Honorable Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re: **_1:17-cv-09659-VEC; Plaintiff's Status Letter_**

Dear Judge Caproni,

      The James Law Firm, PLLC represents Plaintiff in the above captioned matter. This case has been filed as a John Doe against the internet subscriber assigned the referenced IP address 72.229.60.79. The Defendant's name and address is known to Plaintiff only by an IP address. Defendant's true identity is known by their Internet service provider ("ISP").

      On December 27, 2017, this Honorable Court granted Plaintiff leave to Serve a Third Party Subpoena on the Defendant's ISP, Spectrum (Time Warner Cable) to obtain the Defendant's identifying information [CM/ECF 8]. Plaintiff served the subpoena on the ISP on or about January 4, 2018.

      Pursuant to this Court's Order [CM/ECF 8], the ISP was instructed to serve the Defendant within sixty (60) days, providing him/her with the Subpoena, Complaint, Notice to Defendant and Order. The Defendant was allowed sixty (60) days from the date of service of the subpoena to file any motions challenging the subpoena. If Defendant fails to contest the subpoena within the sixty (60) day period, the ISP was allowed ten (10) days to produce the responsive information to Plaintiff. In compliance with the terms and time frame outlined in the Court's Order, Plaintiff expects to receive the ISP's response on or about March 23, 2018.

      Additionally, pursuant to this Court's December 27, 2017 Order [CM/ECF 8], Plaintiff was instructed to file a status letter with the Court by February 23, 2018. Please except counsel apologies for filing the status report late it was a docketing error that will not be repeated.

      Respectfully submitted,

      By: /s/ *Jacqueline M. James*
      Jacqueline M. James, Esq. (1845)
      The James Law Firm, PLLC
      445 Hamilton Avenue, Suite 1102
      White Plains, New York 10601
      T: 914-358-6423
      F: 914-358-6424

          E-mail: jjameslaw@optonline.net
*Attorneys for Plaintiff*